# EXHIBIT A

GISKAN SOLOTAROFF & ANDERSON LLP
90 Broad Street
New York, New York 10004
(646) 964-9640
Jason L. Solotaroff
Amy Robinson
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

DIANA ST. MACARY, on behalf of herself and
other similarly situated individuals,

                Plaintiff,                    **COMPLAINT**

      -against-                  Dkt. No.:

JAMAICA HOSPITAL MEDICAL CENTER,

                Defendant.

------------------------------------------------------------------------X

**CONSENT PURSUANT TO 29 U.S.C. § 216(b)**

Pursuant to 29 U.S. C. § 216(B), I consent to be a party plaintiff in the above-captioned lawsuit alleging that Defendants violated the Fair Labor Standards Act ("FLSA").

Dated:       New York, New York
              December 4, 2023

                                                DocuSigned by:
                                                _____
                                                5CDDDC460B5C498...
                                                DIANA ST. MACARY